**In re David J. ANDERSON.**

No. 02–1333.

United States Court of Appeals, Federal Circuit.

April 24, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).